**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-1012**

———————

RANDOLPH J. BAYES,

Plaintiff - Appellant,

versus

CRANE CARRIER COMPANY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. James C. Turk, District Judge. (CA-91-33-L)

———————

Submitted: January 30, 1996      Decided: February 9, 1996

———————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Randolph J. Bayes, Appellant Pro Se. Gregory Page Cochran, John Ray Alford, Jr., CASKIE & FROST, P.C., Lynchburg, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randolph Bayes brought a personal injury action against Crane Carrier Company alleging breach of warranty and negligence in the design and manufacture of a garbage truck on which he was injured. After a two-day trial, the jury returned a verdict in favor of Crane Carrier. Bayes appeals.

We have reviewed the record and the proceedings in the district court and have found no reversible error. Accordingly, we affirm the district court's order entering judgment on the jury's verdict. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2